UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/29/20

JUDITH SANDRINE DIKAMBI,

    Plaintiff,

v.

CITY UNIVERSITY OF NEW YORK and
DR. CARLTON J. ADAMS,

    Defendants.

19-CV-9937 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff filed her Complaint with this Court on October 27, 2019 and a summons was issued for each Defendant on October 29, 2019. Plaintiff filed an affidavit of service stating that Defendant City University of New York was served with the Complaint and summons on January 7, 2020. Plaintiff, however, does not appear to have served the Complaint or summons on Defendant Adams. It is hereby:

ORDERED that Plaintiff submit a letter to the Court by February 5, 2020 explaining why she failed to serve the summons and Complaint on Defendant Adams within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendant Adams has been served, explaining when and in what manner such service was made.

IT IS FURTHER ORDERED that if the Court does not receive a letter by February 5, 2020 showing good cause why such service was not made within the 90 days, the claims against Defendant Adams will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 29, 2020
         New York, New York

                                      Ronnie Abrams
                                      United States District Judge