USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH SANDRINE DIKAMBI,

               Plaintiff,

               v.

CITY UNIVERSITY OF NEW YORK, DR. CARLTON J. ADAMS,

               Defendants.

No. 19-cv-9937 (RA)

ORDER

     To allow time for Plaintiff to respond to Defendant City University of New York's motion for reconsideration, Dkt. 82, and for Defendant to file any reply, the conference scheduled for October 5, 2021 is adjourned until October 29, 2021 at 12:00 p.m.  The Court will hold this conference by telephone.  The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

Dated:    September 29, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge