USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH SANDRINE DIKAMBI,

           Plaintiff,

     v.

CITY UNIVERSITY OF NEW YORK, DR. CARLTON J. ADAMS,

           Defendants.

No. 19-CV-9937 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 6, 2021, Defendant City University of New York ("CUNY") moved to dismiss Plaintiff's Third Amended Complaint. Dkt. 104. CUNY contemporaneously moved to stay discovery pending the Court's ruling on the motion to dismiss. Dkt. 107. Having considered the relevant factors—the breadth of discovery sought, the burden of responding to it, the prejudice that would result to the party opposing the stay, and the strength of the pending motion, *see Republic of Turkey v. Christie's, Inc.*, 316 F. Supp. 3d 675, 677 (S.D.N.Y. 2018)—the Court finds that a stay is not warranted. The Clerk of Court is respectfully directed to terminate the motion at docket number 107.

SO ORDERED.

Dated:    December 7, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge