USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH SANDRINE DIKAMBI,

                Plaintiff,

           v.

CITY UNIVERSITY OF NEW YORK, DR. CARLTON J. ADAMS,

                Defendants.

No. 19-CV-9937 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On December 17, 2021, Defendant Carlton J. Adams moved to dismiss Plaintiff's Third Amended Complaint. Dkt. 115. In his motion, Adams requested that the Court stay discovery pending the Court's ruling on the motion to dismiss. Having considered the relevant factors—the breadth of discovery sought, the burden of responding to it, the prejudice that would result to the party opposing the stay, and the strength of the pending motion, *see Republic of Turkey v. Christie's, Inc.*, 316 F. Supp. 3d 675, 677 (S.D.N.Y. 2018)—the Court finds that a stay is not warranted.

SO ORDERED.

Dated:   December 21, 2021
          New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge