UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JUDITH SANDRINE DIKAMBI,

         Plaintiff,   19-cv-9937 (RA)

  - against -       ~~PROPOSED~~ RULE 502(d) ORDER

CITY UNIVERSITY OF NEW YORK and
DR. CARLTON J. ADAMS,

         Defendants.

---------------------------------------------------------------x

  **IT IS HEREBY ORDERED**, as follows:

  1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  Privileged or work-product protected material shall immediately be returned to the producing party, or destroyed, upon request for the same. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

  2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

          **SO ORDERED:**

         _____
         **HON. RONNIE ABRAMS**
         United States District Judge
         January 21, 2022