USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/04/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH SANDRINE DIKAMBI,

                Plaintiff,

        v.

CITY UNIVERSITY OF NEW YORK, DR. CARLTON J. ADAMS,

                Defendants.

No. 19-CV-9937 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the post-fact-discovery conference scheduled for August 5, 2022 at 1:30 p.m. is rescheduled to August 5, 2022 at 3:00 p.m. The dial-in information for accessing the conference remains the same as that previously circulated.

SO ORDERED.

Dated:    August 4, 2022
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge