USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH SANDRINE DIKAMBI,

           Plaintiff,

v.

CITY UNIVERSITY OF NEW YORK, DR. CARLTON J. ADAMS,

           Defendants.

No. 19-CV-9937 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at the status conference of August 5, 2022, Defendants' motions for summary judgment shall be filed by September 6, 2022. Plaintiff's oppositions shall be filed by October 21, 2022, and Defendants' replies shall by filed by November 14, 2022.

SO ORDERED.

Dated:    August 8, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge