UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH SANDRINE DIKAMBI,

                Plaintiff,

  -v-                              CIVIL ACTION NO. 19 Civ. 9937 (RA) (SLC)

CITY UNIVERSITY OF NEW YORK and DR. CARLTON J. ADAMS,                  **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, October 5, 2023 at 12:00 p.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared their availability for a settlement conference.

Dated:        New York, New York
                October 2, 2023

                                              SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**