UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH SANDRINE DIKAMBI,

                      Plaintiff,

-v-                                    CIVIL ACTION NO. 19 Civ. 9937 (RA) (SLC)

CITY UNIVERSITY OF NEW YORK and DR. CARLTON J. ADAMS,                           **ORDER**

                      Defendants.

---

**SARAH L. CAVE,** United States Magistrate Judge.

      Plaintiff's request at ECF No. 216 is GRANTED. The in-person settlement conference scheduled for November 17, 2023 is ADJOURNED to **Wednesday, December 20, 2023 at 2:00 p.m.** All other aspects of the Court's scheduling order at ECF No. 215 remain in effect, with the parties' pre-mediation statements due by **December 14, 2023**.

      The Clerk of Court is respectfully directed to close ECF No. 216.

Dated:      New York, New York
               November 3, 2023

                                                             SO ORDERED.

                                                             _____
                                                              SARAH L. CAVE
                                                             **United States Magistrate Judge**