UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH SANDRINE DIKAMBI,

                Plaintiff,

-v-

CITY UNIVERSITY OF NEW YORK and DR. CARLTON J. ADAMS,

                Defendants.

CIVIL ACTION NO. 19 Civ. 9937 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 5, 2023, the Honorable Ronnie Abrams issued an Opinion & Order granting the motion of Defendant City University of New York ("CUNY") for summary judgment, and denying the motion of Defendant Dr. Carlton Adams ("Dr. Adams") for summary judgment. (ECF No. 210). On September 29, 2023, Plaintiff and Dr. Adams jointly requested a referral for a settlement conference, and the case was referred to the undersigned for the purposes of settlement. (ECF Nos. 212–13). On October 6, 2023, the Court scheduled a settlement conference (the "Settlement Conference") for November 17, 2023. (ECF No. 215). On November 3, 2023, at the request of Dr. Adams, the Court adjourned the Settlement Conference to December 20, 2023. (ECF No. 217). On November 21, 2023, Plaintiff filed a motion to amend the pleadings seeking to assert new claims against CUNY and Adams under, inter alia, the New York Adult Survivors' Act, N.Y. C.P.L.R. § 214-j. (See ECF No. 218 (the "MTA")).

By **December 1, 2023**, Plaintiff and Dr. Adams shall meet and confer and file a joint letter of no longer than five (5) pages providing their position(s) regarding whether, in light of the pending MTA, the Settlement Conference should proceed as scheduled or be adjourned.

Dated:      New York, New York
            November 22, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge
