UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH SANDRINE DIKAMBI,<br><br>                              Plaintiff,<br><br>   -v-<br><br>CITY UNIVERSITY OF NEW YORK and DR. CARLTON J. ADAMS,<br><br>                              Defendants. | CIVIL ACTION NO. 19 Civ. 9937 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the joint letter filed by Plaintiff and Defendant Dr. Carlton Adams (ECF No. 224), the settlement conference scheduled for **Wednesday, December 20, 2023** (the "Settlement Conference") will proceed. By **December 5, 2023**, Plaintiff and Dr. Adams shall confer with former Defendant City University of New York ("CUNY") and file a joint letter regarding whether, in light of Plaintiff's motion for leave to file a fourth amended complaint (ECF No. 221 (the "MTA")), CUNY wishes to participate in the Settlement Conference. Any requests for extensions of time with respect to the MTA should be made to the Honorable Ronnie Abrams.

Dated:      New York, New York
            December 1, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**