UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH SANDRINE DIKAMBI,<br><br>        Plaintiff,<br><br> -v-<br><br>CITY UNIVERSITY OF NEW YORK and DR. CARLTON J. ADAMS,<br><br>        Defendants. | CIVIL ACTION NO. 19 Civ. 9937 (RA) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

  Plaintiff's request at ECF No. 230 is GRANTED.  The in-person settlement conference scheduled for December 20, 2023 is ADJOURNED to **Friday, January 26, 2024 at 10:00 a.m.**  All other aspects of the Court's scheduling order at ECF No. 215 remain in effect, with the parties' pre-mediation statements due by **January 19, 2024.**

  The Clerk of Court is respectfully directed to close ECF No. 230.

Dated:  New York, New York
     December 13, 2023

                SO ORDERED.

                _____
                **SARAH L. CAVE**
                **United States Magistrate Judge**