

Lisa Alexis Jones
Partner
Direct Dial: (332) 232-1302
ljones@leechtishman.com

March 14, 2024

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

          Re:    Dikambi v. City University of New York, *et al.,*
                  United States District Court Case No. 19-cv-9937 (RA)

Dear Judge Abrams:

      I write jointly on behalf of plaintiff Judith Sandrine Dikambi ("Ms. Dikambi") and Defendant Carlton Jama Adams ("Adams") in the above-referenced matter to provide a report on the status of completing the settlement agreement and to request an additional thirty (30) days before the matter is closed. The initial 30 day period expires on March 15, 2024.

      Mr. Adams's counsel and I have exchanged written drafts of the agreement. The settlement terms include language relating to the City University of NY ("CUNY") that require approval as well, and Mr. Adams's counsel has forwarded the draft to CUNY for comment. Counsel is awaiting final comment on the draft from CUNY.

      In addition, as a condition of the settlement, it has been agreed that the written Settlement Agreement be filed on the public record and "so ordered" by the Court. Accordingly, the parties respectfully request an additional 30 day period in which to complete and file the Settlement Agreement in this matter. The parties are confident that no additional time will be necessary.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

875 Third Avenue, 9th Floor  |  New York, New York 10022  |  T: 212.603.6300  |  F: 212.956.2164

LEECHTISHMAN.COM

Letter to The Honorable Ronnie Abrams
March 14, 2024
Page 2

I thank the Court for its consideration.

        Respectfully submitted,

        LEECH TISHMAN FUSCALDO & LAMPL

By:    */s/ Lisa Alexis Jones*
        Lisa Alexis Jones, Esq.

cc: All Counsel of Record

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 15, 2024